UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRENDA C. ARMSTEAD,

    Plaintiff,

v.                                              Case No:   6:18-cv-524-Orl-41TBS

BEVERLY DIANE CLARK-CONLEY,

    Defendant.

## REPORT AND RECOMMENDATION

This case comes before the Court without a hearing on Brenda C. Armstead's Response to the Court's Order to Show Cause (Doc. 8). On April 5, 2018, Plaintiff initiated this federal lawsuit against Beverly Diane Clark-Conley for attempting to blind her and otherwise injure or kill her (Doc. 1). Plaintiff has failed to pay the filing fee or submit a summons and service copy of her complaint to the Clerk for issuance.

On April 24, 2018, I entered several orders in this case. First, I denied Plaintiff's request to have this case transferred to the United States Supreme Court (Doc. 5). Second, I advised Plaintiff that she failed to sufficiently establish that this Court has subject matter jurisdiction over her claims (Doc. 6). I ordered her to show cause within fourteen (14) days why this case should not be dismissed for lack of subject matter jurisdiction (Id.). Finally, I directed Plaintiff to either pay the filing fee or file a motion to proceed *in forma pauperis* within fourteen (14) days (Doc. 7). In both of the show cause orders, I explained to Plaintiff that her failure to respond appropriately would result in "dismissal of this case without further notice" (Doc. 6 at 2; Doc. 7 at 1).

Plaintiff filed her response to the show cause orders on May 1, 2018 (Doc. 8). Instead of responding to the Court's inquiries and/or curing the observed deficiencies, Plaintiff restated her complaint, along with new allegations of my incompetence, and added a string of random statements of delusion and fantasy (Id.) ("[President] Trump is connected to Bush Jr. Bush Jr. is marketing 'Health Protection' for a high premium to insure 100% Health. This is fraud since his mother just passed.").

Plaintiff has failed to articulate any cognizable cause of action or cure any of the filing deficiencies that were identified by the Court. Affording Plaintiff further leave to amend her filings would be futile given the incoherency of her filings to date. For these reasons, I **respectfully recommend** that Plaintiff's complaint be **dismissed** without leave to amend.

### Notice to Parties

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. See 11th Cir. R. 3-1.

**RECOMMENDED** in Orlando, Florida on May 4, 2018.

*[signature]*

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Presiding United States District Judge
    Unrepresented Parties