UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**BRENDA C. ARMSTEAD,**

    **Plaintiff,**

v.                                          Case No: 6:18-cv-524-Orl-41TBS

**BEVERLY DIANE CLARK-CONLEY,**

    **Defendant.**

                                         /

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Complaint (Doc. 1). On April 24, 2018, United States Magistrate Judge Thomas B. Smith issued an Order to Show Cause as to why this case should not be dismissed for lack of subject matter jurisdiction. (Apr. 24, 2018 Order, Doc. 6, at 2). That same day, Judge Smith issued a second Order directing Plaintiff to pay the filing fee or seek leave to proceed *in forma pauperis* within fourteen days. (Apr. 24, 2018 Order, Doc. 7, at 1). On May 1, 2018, Plaintiff filed a Response (Doc. 8) to both Orders. On May 4, 2018, Judge Smith submitted a Report and Recommendation (Doc. 9), recommending that Plaintiff's Complaint be dismissed without leave to amend. Specifically, Judge Smith asserts that Plaintiff's Response failed to address any of the Court's concerns; instead, it merely reiterated the allegations in her Complaint. (*Id.* at 2).

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the analysis set forth in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

    1. The Report and Recommendation (Doc. 9) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Complaint (Doc. 1) is **DISMISSED without prejudice**.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on June 29, 2018.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party